Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Luis Armando Alban
Ismelda S. Alban**
  Debtor(s)

Bankruptcy Case No.: 18−21376−TPA
Related to Docket No. 61
Chapter: 13
Docket No.: 62 − 61
Concil. Conf.: 1/26/21 at 10:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 28, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 18, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **1/26/21** at **10:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan*) will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 13, 2020

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21376-TPA |
| Luis Armando Alban | Chapter 13 |
| Ismelda S. Alban | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: agro | Page 1 of 4 |
| Date Rcvd: Nov 13, 2020 | Form ID: 213 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Luis Armando Alban, Ismelda S. Alban, 498 Browns Lane, Pittsburgh, PA 15237-2516 |
| cr | + | Chapel Hill Manor, A Condominium, c/o Community Management Professional, 200 Commerce Drive, Suite 206, Moon Township, PA 15108-3189 |
| cr | | Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Township of Ross, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Wilmington Savings Fund Society, FSB,, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 14807732 | | American Express, c/o Becket & Lee, LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 14807733 | | Ameriquest, P.O. Box 5250, Orange, CA 92863-5250 |
| 14807734 | | Aspire Card Services, P.O. Box 23007, Columbus, GA 31902-3007 |
| 14807736 | | Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14807737 | | Brian E. Caine, Esquire, Deily, et al., One Greentree Center, Suite 201, Marlton, NJ 08053-3105 |
| 14807738 | | Brian Lindauer, Esquire, Goehring, Rutter & Boehm, 1424 Frick Building, Pittsburgh, PA 15219-1900 |
| 14807744 | ++ | CHRYSLER FINANCIAL, 27777 INKSTER RD, FARMINGTON HILLS MI 48334-5310 address filed with court:, Chrysler Financial, 27777 Inkster Road, Farmington, MI 48334-5326 |
| 14865879 | + | Chapel Hill Manor, A Condominium, c/o Community Management Professionals,, 200 Commerce Drive, Suite 206, Moon Township, PA 15108-3189 |
| 14807740 | | Chapel Hill Manor, A Condominium, c/o Community Management Solutions, Inc., 102 Broadway Street, Suite 500, Carnegie, PA 15106-2486 |
| 14807745 | + | Citifinancial, 2644 Mosside Blvd., #117, Monroeville, PA 15146-3392 |
| 14807747 | | Citimortgage, P.O. Box 6941, The Lakes, NV 88901-6941 |
| 14807748 | | County of Allegheny, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 14807751 | | E-Cast Settlement Corp., P.O. Box 34580, Newark, NJ 07193-5480 |
| 14807753 | | FIA Card, c/o Becket & Lee, LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 14807757 | | HSBC Card Services, P.O. Box 1323, Buffalo, NY 14240-1323 |
| 14807760 | | Jeffrey R. Hunt, Esquire, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14807761 | + | KML Law Group, Suite 5000 - Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14807763 | | Main Street Acquisition Corp., P.O. Box 2529, Suwanee, GA 30024-0982 |
| 14807764 | | Mary Bower Sheats, Frank, Gale, Bails, Murcko & Pocrass, PC, 3300 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219-1908 |
| 14807765 | | Matthew Christian Waldt, Esquire, Milstead & Associates, LLC, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 14807767 | | National Bank, P.O. Box 2214, Norfolk, VA 23501-2214 |
| 14807769 | | Nations Bank, P.O. Box 4045, Buffalo, NY 14240-4045 |
| 14807770 | | New Horizon Credit Union, 6693 Saw Mill Road, Dublin, OH 43017-9009 |
| 14807772 | | North Hills SD, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 14807777 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747 |
| 14807773 | | Patrick Wesner, Esquire, Milstead & Associates, LLC, 220 Lake Drive East, Suite 301, Cherry Hill, NJ 08002-1165 |
| 14807774 | | Peoples Natural Gas Company, P.O. Box 535323, Pittsburgh, PA 15253-5323 |
| 14830888 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14807775 | | Peter J. Ashcroft, Esquire, Bernstein-Burkley, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14807782 | | Rolf Louis Patberg, Esquire, 810 Vineal Street, 3rd Floor, Pittsburgh, PA 15212 |
| 14807783 | | Ross Township, c/o Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14807784 | | S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |

Case 18-21376-TPA    Doc 63    Filed 11/15/20    Entered 11/16/20 00:32:38    Desc Imaged
                          Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: agro | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 213 | Total Noticed: 68 |

| | | |
|---|---|---|
| 14859766 | + | Township of Ross, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15191338 | + | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14807785 | | UCNB, P.O. Box 30495, Tampa, FL 33630-3495 |
| 14807786 | | UFCW, P.O. Box 80027, Salinas, CA 93912-0027 |
| 14855771 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14855772 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14807787 | | Ventures Trust 2013-I-H-R by MCM Capital, c/o BSI Financial Services, 314 S. Franklin Street, Attn: Payment Processing Dept., Titusville, PA 16354-2168 |
| 14826181 | + | Wilmington Savings Fund Society, FSB, 440 S. Lasalle Street, Suite 2000, Chicago, IL 60605-5011 |
| 14864707 | | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jennifer.chacon@spservicing.com | Nov 14 2020 03:57:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14807731 | | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2020 03:56:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14807739 | | Email/PDF: rmscedi@recoverycorp.com | Nov 14 2020 03:27:04 | Capital Recovery, LLC, c/o Recovery Management System Corp., 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14807749 | | Email/Text: mrdiscen@discover.com | Nov 14 2020 03:56:00 | Discover Bank, c/o Discover Products, Inc., P.O. Box 3025, New Albany, OH 43054-3025 |
| 14864609 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 14 2020 03:57:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14807750 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 14 2020 03:57:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 14807754 | | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2020 03:56:00 | G.M.A.C, P.O. Box 78367, Phoenix, AR 85062-8367 |
| 14807755 | | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2020 03:30:22 | GE Consumer Finance, P.O. Box 960061, Orklando, FL 32896-0061 |
| 14807756 | | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2020 03:56:00 | GMAC, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14807759 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 14 2020 03:57:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, St. Cloud, MN 56302-9617 |
| 14807741 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 14 2020 03:27:02 | Chase, P.O. Box 17055, Wilmington, DE 19850-7055 |
| 14807743 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 14 2020 03:27:02 | Chase Bank USA NA, P.O. Box 15145, Wilmington, DE 19850-5145 |
| 14807762 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2020 03:27:05 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14866163 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2020 03:28:45 | LVNV Funding, LLC its successors and assigns as, assignee of American Express Bank, FSB, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14807766 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 14 2020 03:28:49 | Midland Funding, LLC, P.O. Box 4457, Houston, TX 77210-4457 |
| 14807768 | + | Email/Text: bknotice@ncmllc.com | Nov 14 2020 03:57:00 | National Capital Management, LLC, 8245 Tournament Drive, Memphis, TN 38125-8898 |
| 14807777 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2020 03:56:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747 |

Case 18-21376-TPA    Doc 63    Filed 11/15/20    Entered 11/16/20 00:32:38    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: agro | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 213 | Total Noticed: 68 |

| 14807778 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| --- | --- | --- | --- |
| | | Nov 14 2020 10:14:26 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 14807779 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 14 2020 10:14:26 | PRA Receivables Management, LLC, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14807776 | Email/Text: bncmail@w-legal.com | | |
| | | Nov 14 2020 03:57:00 | Pharia, LLC, c/o Weinstein & Riley, PS, P.O. Box 3978, Seattle, WA 98124-3978 |
| 14807780 | Email/PDF: rmscedi@recoverycorp.com | | |
| | | Nov 14 2020 03:30:24 | Recovery Management Systems Corporation, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14861204 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Nov 14 2020 03:28:49 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14807788 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 14 2020 03:56:00 | WFFNB, P.O. Box 659523, San Antonio, TX 78265 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | U.S. Bank Trust National Association as Trustee fo |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14807735 | * | Aspire Card Services, P.O. Box 23007, Columbus, GA 31902-3007 |
| 14807746 | *+ | Citifinancial, 2644 Mosside Blvd., #117, Monroeville, PA 15146-3392 |
| 14807752 | * | E-Cast Settlement Corp., P.O. Box 34580, Newark, NJ 07193-5480 |
| 14807758 | * | HSBC Card Services, P.O. Box 1323, Buffalo, NY 14240-1323 |
| 14807742 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, P.O. Box 17055, Wilmington, DE 19850-7055 |
| 14807771 | * | New Horizon Credit Union, 6693 Saw Mill Road, Dublin, OH 43017-9009 |
| 14807789 | * | WFFNB, P.O. Box 659523, San Antonio, TX 78265 |
| 14807781 | ## | Richard C. Maider, Deily & Glastetter, LLP, 8 Thurlow Terrace, Albany, NY 12203-1006 |

TOTAL: 1 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | |

| District/off: 0315-2 | User: agro | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 213 | Total Noticed: 68 |

on behalf of Creditor Township of Ross jhunt@grblaw.com  cnoroski@grblaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin M Buttery

on behalf of Creditor Wilmington Savings Fund Society  FSB, kbuttery@rascrane.com

Mary Bower Sheats

on behalf of Creditor Chapel Hill Manor  A Condominium Mary@mbsheatslaw.com,
mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Michael S. Geisler

on behalf of Joint Debtor Ismelda S. Alban m.s.geisler@att.net
msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler

on behalf of Debtor Luis Armando Alban m.s.geisler@att.net
msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 10