Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Luis Armando Alban** | : | Case No. 18−21376−TPA |
| **Ismelda S. Alban** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 30th of December, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-21376-TPA
Luis Armando Alban     Chapter 13
Ismelda S. Alban
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jmar     Page 1 of 4
Date Rcvd: Dec 30, 2020     Form ID: 309     Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Luis Armando Alban, Ismelda S. Alban, 498 Browns Lane, Pittsburgh, PA 15237-2516 |
| cr | + | Chapel Hill Manor, A Condominium, c/o Community Management Professional, 200 Commerce Drive, Suite 206, Moon Township, PA 15108-3189 |
| cr | | Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Township of Ross, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Wilmington Savings Fund Society, FSB,, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 14807733 | | Ameriquest, P.O. Box 5250, Orange, CA 92863-5250 |
| 14807734 | | Aspire Card Services, P.O. Box 23007, Columbus, GA 31902-3007 |
| 14807736 | | Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14807737 | | Brian E. Caine, Esquire, Deily, et al., One Greentree Center, Suite 201, Marlton, NJ 08053-3105 |
| 14807738 | | Brian Lindauer, Esquire, Goehring, Rutter & Boehm, 1424 Frick Building, Pittsburgh, PA 15219-1900 |
| 14865879 | + | Chapel Hill Manor, A Condominium, c/o Community Management Professionals,, 200 Commerce Drive, Suite 206, Moon Township, PA 15108-3189 |
| 14807740 | | Chapel Hill Manor, A Condominium, c/o Community Management Solutions, Inc., 102 Broadway Street, Suite 500, Carnegie, PA 15106-2486 |
| 14807745 | + | Citifinancial, 2644 Mosside Blvd., #117, Monroeville, PA 15146-3392 |
| 14807747 | | Citimortgage, P.O. Box 6941, The Lakes, NV 88901-6941 |
| 14807748 | | County of Allegheny, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 14807760 | | Jeffrey R. Hunt, Esquire, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14807761 | + | KML Law Group, Suite 5000 - Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14807763 | | Main Street Acquisition Corp., P.O. Box 2529, Suwanee, GA 30024-0982 |
| 14807764 | | Mary Bower Sheats, Frank, Gale, Bails, Murcko & Pocrass, PC, 3300 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219-1908 |
| 14807765 | | Matthew Christian Waldt, Esquire, Milstead & Associates, LLC, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 14807767 | | National Bank, P.O. Box 2214, Norfolk, VA 23501-2214 |
| 14807769 | | Nations Bank, P.O. Box 4045, Buffalo, NY 14240-4045 |
| 14807770 | | New Horizon Credit Union, 6693 Saw Mill Road, Dublin, OH 43017-9009 |
| 14807772 | | North Hills SD, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 14807773 | | Patrick Wesner, Esquire, Milstead & Associates, LLC, 220 Lake Drive East, Suite 301, Cherry Hill, NJ 08002-1165 |
| 14807774 | | Peoples Natural Gas Company, P.O. Box 535323, Pittsburgh, PA 15253-5323 |
| 14830888 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14807775 | | Peter J. Ashcroft, Esquire, Bernstein-Burkley, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14807782 | | Rolf Louis Patberg, Esquire, 810 Vineal Street, 3rd Floor, Pittsburgh, PA 15212 |
| 14807783 | | Ross Township, c/o Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14807784 | | S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14859766 | + | Township of Ross, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15191338 | + | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14807785 | | UCNB, P.O. Box 30495, Tampa, FL 33630-3495 |
| 14807786 | | UFCW, P.O. Box 80027, Salinas, CA 93912-0027 |
| 14855771 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14855772 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

| District/off: 0315-2 | User: jmar | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 30, 2020 | Form ID: 309 | Total Noticed: 68 |

| | | |
|---|---|---|
| 14807787 | | Ventures Trust 2013-I-H-R by MCM Capital, c/o BSI Financial Services, 314 S. Franklin Street, Attn: Payment Processing Dept., Titusville, PA 16354-2168 |
| 14826181 | + | Wilmington Savings Fund Society, FSB, 440 S. Lasalle Street, Suite 2000, Chicago, IL 60605-5011 |
| 14864707 | | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: jennifer.chacon@spservicing.com | Dec 31 2020 01:57:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14807731 | EDI: GMACFS.COM | Dec 31 2020 05:53:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14807732 | EDI: BECKLEE.COM | Dec 31 2020 05:53:00 | American Express, c/o Becket & Lee, LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 14807744 | + EDI: LCITDAUTO | Dec 31 2020 05:53:00 | Chrysler Financial, 27777 Inkster Road, Farmington, MI 48334-5326 |
| 14807739 | EDI: RECOVERYCORP.COM | Dec 31 2020 05:53:00 | Capital Recovery, LLC, c/o Recovery Management System Corp., 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14807749 | EDI: DISCOVER.COM | Dec 31 2020 05:53:00 | Discover Bank, c/o Discover Products, Inc., P.O. Box 3025, New Albany, OH 43054-3025 |
| 14864609 | + Email/Text: kburkley@bernsteinlaw.com | Dec 31 2020 01:57:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14807750 | + Email/Text: kburkley@bernsteinlaw.com | Dec 31 2020 01:57:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 14807751 | EDI: ECAST.COM | Dec 31 2020 05:53:00 | E-Cast Settlement Corp., P.O. Box 34580, Newark, NJ 07193-5480 |
| 14807753 | EDI: BL-BECKET.COM | Dec 31 2020 05:53:00 | FIA Card, c/o Becket & Lee, LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 14807754 | EDI: GMACFS.COM | Dec 31 2020 05:53:00 | G.M.A.C, P.O. Box 78367, Phoenix, AR 85062-8367 |
| 14807755 | EDI: RMSC.COM | Dec 31 2020 05:53:00 | GE Consumer Finance, P.O. Box 960061, Orklando, FL 32896-0061 |
| 14807756 | EDI: GMACFS.COM | Dec 31 2020 05:53:00 | GMAC, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14807757 | EDI: HFC.COM | Dec 31 2020 05:53:00 | HSBC Card Services, P.O. Box 1323, Buffalo, NY 14240-1323 |
| 14807759 | EDI: JEFFERSONCAP.COM | Dec 31 2020 05:53:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, St. Cloud, MN 56302-9617 |
| 14807741 | EDI: JPMORGANCHASE | Dec 31 2020 05:53:00 | Chase, P.O. Box 17055, Wilmington, DE 19850-7055 |
| 14807743 | EDI: JPMORGANCHASE | Dec 31 2020 05:53:00 | Chase Bank USA NA, P.O. Box 15145, Wilmington, DE 19850-5145 |
| 14807762 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 31 2020 02:29:55 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14866163 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 31 2020 02:29:55 | LVNV Funding, LLC its successors and assigns as, assignee of American Express Bank, FSB, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14807766 | EDI: AIS.COM | Dec 31 2020 05:53:00 | Midland Funding, LLC, P.O. Box 4457, Houston, |

Case 18-21376-TPA    Doc 65    Filed 01/01/21    Entered 01/02/21 00:36:15    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: jmar | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 30, 2020 | Form ID: 309 | Total Noticed: 68 |

| Recip ID | Bypass Reason | Contact Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | TX 77210-4457 |
| 14807768 | + | Email/Text: bknotice@ncmllc.com | Dec 31 2020 01:57:00 | National Capital Management, LLC, 8245 Tournament Drive, Memphis, TN 38125-8898 |
| 14807777 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 31 2020 01:56:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747 |
| 14807778 | | EDI: PRA.COM | Dec 31 2020 05:53:00 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 14807779 | | EDI: PRA.COM | Dec 31 2020 05:53:00 | PRA Receivables Management, LLC, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14807776 | | Email/Text: bncmail@w-legal.com | Dec 31 2020 01:57:00 | Pharia, LLC, c/o Weinstein & Riley, PS, P.O. Box 3978, Seattle, WA 98124-3978 |
| 14807780 | | EDI: RECOVERYCORP.COM | Dec 31 2020 05:53:00 | Recovery Management Systems Corporation, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14861204 | | EDI: AIS.COM | Dec 31 2020 05:53:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14807788 | | EDI: WFNNB.COM | Dec 31 2020 05:53:00 | WFFNB, P.O. Box 659523, San Antonio, TX 78265 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association as Trustee fo |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14807735 | * | Aspire Card Services, P.O. Box 23007, Columbus, GA 31902-3007 |
| 14807746 | *+ | Citifinancial, 2644 Mosside Blvd., #117, Monroeville, PA 15146-3392 |
| 14807752 | * | E-Cast Settlement Corp., P.O. Box 34580, Newark, NJ 07193-5480 |
| 14807758 | * | HSBC Card Services, P.O. Box 1323, Buffalo, NY 14240-1323 |
| 14807742 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, P.O. Box 17055, Wilmington, DE 19850-7055 |
| 14807771 | * | New Horizon Credit Union, 6693 Saw Mill Road, Dublin, OH 43017-9009 |
| 14807789 | * | WFFNB, P.O. Box 659523, San Antonio, TX 78265 |
| 14807781 | ## | Richard C. Maider, Deily & Glastetter, LLP, 8 Thurlow Terrace, Albany, NY 12203-1006 |

TOTAL: 1 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 01, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0315-2 | User: jmar | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 30, 2020 | Form ID: 309 | Total Noticed: 68 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Ross jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kevin M Buttery | on behalf of Creditor Wilmington Savings Fund Society FSB, kbuttery@rascrane.com |
| Mary Bower Sheats | on behalf of Creditor Chapel Hill Manor A Condominium Mary@mbsheatslaw.com, mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com |
| Michael S. Geisler | on behalf of Joint Debtor Ismelda S. Alban m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Michael S. Geisler | on behalf of Debtor Luis Armando Alban m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 10