**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> LUIS ARMANDO ALBAN <br> ISMELDA S. ALBAN <br>     Debtor(s) <br><br> Ronda J. Winnecour <br>     Movant <br> vs. <br> No Respondents. | Case No.:18-21376 TPA <br><br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/09/2018 and confirmed on 08/15/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 57,600.00 |
| Less Refunds to Debtor | 1,800.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 55,800.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,787.20 | |
|   Trustee Fee | 2,802.60 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,589.80 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA <br>   Acct: 9281 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE ET AL <br>   Acct: 2567 | 0.00 | 37,525.93 | 0.00 | 37,525.93 |
| US BANK TRUST NA - TRUSTEE ET AL <br>   Acct: 2567 | 12,674.65 | 0.00 | 0.00 | 0.00 |
| CHAPEL HILL MANOR - A CONDOMINIUM <br>   Acct: 498 | 0.00 | 7,538.66 | 0.00 | 7,538.66 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTH HILLS SD (ROSS) (RE) <br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TOWNSHIP OF ROSS - SEWAGE <br>   Acct: 1498 | 284.81 | 0.00 | 0.00 | 0.00 |
| CHAPEL HILL MANOR - A CONDOMINIUM <br>   Acct: 498 | 11,176.89 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC <br>   Acct: 6414 | 7,650.00 | 3,770.29 | 1,065.32 | 4,835.61 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 49,900.20 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LUIS ARMANDO ALBAN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LUIS ARMANDO ALBAN<br>Acct: | 1,800.00 | 1,800.00 | 0.00 | 0.00 |
| MICHAEL S GEISLER ESQ<br>Acct: | 2,800.00 | 2,787.20 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXX6TPA | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |
| **Unsecured** | | | | |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 1009 | 2,026.02 | 0.00 | 0.00 | 0.00 |
| AMERIQUEST<br>Acct: 6107 | 0.00 | 0.00 | 0.00 | 0.00 |
| ASPIRE/CARD SVCS**++<br>Acct: 9161 | 0.00 | 0.00 | 0.00 | 0.00 |
| ASPIRE/CARD SVCS**++<br>Acct: 3902 | 0.00 | 0.00 | 0.00 | 0.00 |
| TUCKER ARENSBERG PC (FRMRLY BRETT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN E CAINE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN LINDAUER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL RECOVERY LLC++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE(*)<br>Acct: 6545 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE(*)<br>Acct: 5731 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CHRYSLER FINANCIAL**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*)++<br>Acct: 7203 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*)++<br>Acct: 7203 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 9374 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 5379 | 224.37 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLISON L CARR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERTSON ANSCHUTZ & SCHNEID PL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFREY R HUNT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MILSTEAD & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9807 | | | | |
| | GE CONSUMER FINANCE/GEMB | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6135 | | | | |
| | GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HSBC CARD SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8877 | | | | |
| | HSBC CARD SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6107 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MAIN STREET ACQUISITIONS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MARY BOWER SHEATS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONAL CAPITAL MANAGEMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONS BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5777 | | | | |
| | NEW HORIZON CREDIT UNION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8800 | | | | |
| | NEW HORIZON CREDIT UNION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8800 | | | | |
| | PATRICK J WESNER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 343.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHARIA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RECOVERY MANAGEMENT SYSTEMS COI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RICHARD C MAIDER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROLF LOUIS PATBERG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UCNB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UFCW | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-21376 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 6416 | | | | |
| | VENTURES TRUST 2013-1-H-R | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WFFNB DUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5582 | | | | |
| | WFFNB DUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9048 | | | | |
| | UPMC PHYSICIAN SERVICES | 550.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 6033 | | | | |
| | UPMC HEALTH SERVICES | 6,333.71 | 0.00 | 0.00 | 0.00 |
| | Acct: 6033 | | | | |
| | ROBERTSON ANSCHUTZ & SCHNEID PL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 1,273.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 217.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | MARY BOWER SHEATS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 9,242.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 6414 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 50,210.20 |
|---|---|---|

TOTAL CLAIMED
PRIORITY            310.00
SECURED         31,786.35
UNSECURED      20.212.13

Date: 02/04/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com