UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In re:  
    LUIS ARMANDO ALBAN  
    ISMELDA S. ALBAN  
        Debtor(s)

Case No. 18-21376TPA

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/09/2018.

2) The plan was confirmed on 08/15/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 10/25/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/12/2020.

5) The case was dismissed on 12/30/2020.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 35.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,500.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $57,600.00 |
| Less amount refunded to debtor | $1,800.00 |

**NET RECEIPTS:** $55,800.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,787.20 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $2,802.60 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,899.80

Attorney fees paid and disclosed by debtor: $1,200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERIQUEST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE/CARD SVCS**++ | Unsecured | 1,376.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE/CARD SVCS**++ | Unsecured | 5,418.00 | NA | NA | 0.00 | 0.00 |
| BERNSTEIN-BURKLEY PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BRIAN E CAINE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BRIAN LINDAUER ESQ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL RECOVERY LLC++ | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| CHAPEL HILL MANOR - A CONDOMI | Secured | 9,200.00 | 0.00 | 0.00 | 7,538.66 | 0.00 |
| CHAPEL HILL MANOR - A CONDOMI | Secured | 0.00 | 11,176.89 | 11,176.89 | 0.00 | 0.00 |
| CHASE(*) | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| CHASE(*) | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| CHASE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHRYSLER FINANCIAL** | Unsecured | 3,537.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*)++ | Unsecured | 1,278.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*)++ | Unsecured | 5,002.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 3,460.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 337.00 | 224.37 | 224.37 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 661.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 2,285.00 | NA | NA | 0.00 | 0.00 |
| GE CONSUMER FINANCE/GEMB | Unsecured | 538.00 | NA | NA | 0.00 | 0.00 |
| GMAC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC* | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES++ | Unsecured | 661.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES++ | Unsecured | 2,533.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 2,026.00 | 2,026.02 | 2,026.02 | 0.00 | 0.00 |
| MAIN STREET ACQUISITIONS CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MARY BOWER SHEATS ESQ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND FUNDING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONS BANK++ | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |
| NEW HORIZON CREDIT UNION++ | Unsecured | 1,622.00 | NA | NA | 0.00 | 0.00 |
| NEW HORIZON CREDIT UNION++ | Unsecured | 1,410.00 | NA | NA | 0.00 | 0.00 |
| NORTH HILLS SD (ROSS) (RE) | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| PATRICK J WESNER ESQ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 0.00 | 343.91 | 343.91 | 0.00 | 0.00 |
| PHARIA LLC | Unsecured | 812.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Secured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Secured | 6,000.00 | 7,650.00 | 7,650.00 | 3,770.29 | 1,065.32 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | 9,242.63 | 9,242.63 | 0.00 | 0.00 |
| RECOVERY MANAGEMENT SYSTEM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RICHARD C MAIDER ESQ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ROLF LOUIS PATBERG ESQ++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| S JAMES WALLACE ESQ** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOWNSHIP OF ROSS - SEWAGE | Secured | 0.00 | 284.81 | 284.81 | 0.00 | 0.00 |
| TUCKER ARENSBERG PC (FRMRLY E | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UCNB++ | Unsecured | 1,323.00 | NA | NA | 0.00 | 0.00 |
| UFCW | Unsecured | 3,492.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | NA | 6,333.71 | 6,333.71 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | NA | 550.60 | 550.60 | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE ET A | Secured | 145,000.00 | 160,940.43 | 0.00 | 37,525.93 | 0.00 |
| US BANK TRUST NA - TRUSTEE ET A | Secured | 0.00 | 12,674.65 | 12,674.65 | 0.00 | 0.00 |
| VENTURES TRUST 2013-1-H-R | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 1,273.28 | 1,273.28 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 217.61 | 217.61 | 0.00 | 0.00 |
| WFFNB DUAL | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| WFFNB DUAL | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $37,525.93 | $0.00 |
| Mortgage Arrearage | $12,674.65 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,650.00 | $3,770.29 | $1,065.32 |
| All Other Secured | $11,461.70 | $7,538.66 | $0.00 |
| **TOTAL SECURED:** | **$31,786.35** | **$48,834.88** | **$1,065.32** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,212.13** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $5,899.80 |
| Disbursements to Creditors | $49,900.20 |
| **TOTAL DISBURSEMENTS:** | **$55,800.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/04/2021         By: /s/ Ronda J. Winnecour
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**